**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **ALBERT LAW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:20-cv-00145** |
| | ) | |
| **HILTON DOMESTIC OPERATING COMPANY, INC., HRIP MILLER & ROADS ACQUISITION, LLC, MILLER & RHOADS RESIDENTIAL ACQUISITION, LLC, RED COATS, INC., and JOHN DOE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT HRIP MILLER & RHOADS ACQUISITION, LLC's**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for HRIP Miller & Rhoads Acquisition, LLC in the above captioned action certifies that there are no parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public, and also that there are no publicly held entities (corporate or otherwise) that own 10% or more of its stock. Undersigned counsel for HRIP Miller & Rhoads Acquisition, LLC also certifies that it is wholly owned by RB-HRI Hotel Port, LLC.

This 20th day of June, 2020.

Respectfully submitted,

**HRIP Miller & Rhoads Acquisition, LLC**

/s/ *J. Clay Rollins*
J. Clay Rollins, Esquire
Virginia State Bar Number 84382
clay.rollins@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA 23219
Tel.: (804) 663-2332
Fax: (855) 843-1809

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2020, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to counsel of record in this matter, including:

Jonathan E. Halperin (Esq. VSB No. 32698)
Andrew Lucchetti, Esq. (VSB No. 86631)
Halperin Law Center, LLC
5225 Hickory Park Dr., Ste B
Glen Allen, Virginia 23059
Telephone: (804) 527-0100
Facsimile: (804) 597-0209
jonathan@hlc.law
andrew@hlc.law

Mark McDougal, OSB # 890869
Jason Kafoury, OSB # 091200
411 SW Second Ave., Ste. 200
Portland OR 97204
Telephone: (503) 224-2647
Facsimile: (503) 224-2673
mcdougal@kafourymcdougal.com
jkafoury@kafourymcdougal.com

*Counsel for Plaintiff*

Kelvin L. Newsome, Esq. (VSB No. 34478)
Rachael L. Loughlin, Esq. (VSB No. 84133)
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 403-7110
knewsome@ohaganmeyer.com
rloughlin@ohaganmeyer.com

*Counsel for Defendant Red Coats, Inc.*

*/s/ J. Clay Rollins*
J. Clay Rollins

43545995.1