IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ALBERT LAW,
    Plaintiff,

v.                                                   Civil No. 3:20cv145 (DJN)

HILTON DOMESTIC OPERATING
COMPANY, INC., *et al.*,
    Defendants.

## ORDER

This matter comes before the Court after an initial review of Defendants Red Coats', HRIP Miller & Rhoads Acquisitions' and Hilton Domestic Operating Company's Motions to Dismiss (ECF Nos. 10, 19, 33). To aid the Court in its decision-making, the Court hereby ORDERS the parties to file supplemental briefing in this matter that addresses the following questions:

    (1) Does the contractual use of "accommodations" include the use of common areas?

    (2) Does the act of repeatedly asking a hotel guest for identification or a room key while he is occupying a common area constitute a level of harassment that interferes with or deprives that guest of his contractual use of that space?

    (3) Can racial animus be inferred from the disparate treatment of a minority in an area otherwise solely occupied by white individuals?

The parties are directed to supply all case law relevant to their positions on these questions in their responses. The parties shall have fourteen (14) days from the issuance of this Order to file

their briefs.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: October 26, 2020